| | | | |
|---|---|---|---|
| Com. v. Naylor | 8 EDA 2015<br>Vacated and<br>Remanded | 10/24/2016 | CP–23–CR–0004974–<br>2010<br>(Delaware) |
| Com. v. Anderson | 542 EDA 2015<br>Affirmed | 10/24/2016 | CP–51–CR–0900791–<br>2002<br>(Philadelphia) |
| Com. v. Jenkins | 2015 EDA 2015<br>Vacated and<br>Remanded | 10/24/2016 | CP–51–CR–0013768–<br>2012<br>(Philadelphia) |
| Com. v. Sistrunk | 2816 EDA 2015<br>Affirmed and<br>Vacated | 10/24/2016 | CP–46–CR–0011738–<br>2011<br>(Montgomery) |
| Com. v. Lee | 2948 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/24/2016 | CP–51–CR–0000933–<br>2014<br>(Philadelphia) |
| Com. v. Chance | 3009 EDA 2015<br>Affirmed | 10/24/2016 | CP–15–CR–0003643–<br>2014<br>(Chester) |
| Com. v. Cummings | 3241 EDA 2015<br>Quashed | 10/24/2016 | CP–23–CR–0001226–<br>2014<br>CP–23–CR–0001227–<br>2014<br>(Delaware) |
| In the Interest of: C.M.Z., Jr. | 1594 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/24/2016 | CP–51–AP–0000347–<br>2016<br>FID: 51–FN–004123–<br>2013<br>(Philadelphia) |
| In the Interest of: C.L.Z. | 1595 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/24/2016 | CP–51–AP–0000346–<br>2016<br>FID: 51–FN–004123–<br>2013<br>(Philadelphia) |
| Com. v. Gilmore | 1060 MDA 2015<br>Affirmed | 10/24/2016 | CP–21–CR–0001212–<br>2014<br>(Cumberland) |
| Com. v. Wyatt | 1982 MDA 2015<br>Affirmed | 10/24/2016 | CP–22–CR–0003361–<br>2013<br>(Dauphin) |
| Com. v. Vargas–Torres | 2009 MDA 2015<br>Quashed | 10/24/2016 | CP–21–CR–0003636–<br>2014<br>(Cumberland) |
| In re Ellis; Appeal of Ellis | 2201 MDA 2015<br>Affirmed | 10/24/2016 | CP–22–MD–0001520–<br>2015<br>(Dauphin) |
| Hitchner v. Bartell | 38 MDA 2016<br>Vacated and<br>Remanded | 10/24/2016 | S–52–2014<br>(Schuylkill) |